■ STATE SAVINGS AND LOAN ASSOCIATION OF JACKSON HEIGHTS, Respondent, v REPUBLIC INSURANCE COMPANY, Appellant.—In an action on a performance bond, defendant appeals from an order of the Supreme Court, Nassau County, entered October 31, 1977, which, *inter alia,* denied its motion to dismiss the complaint. Order affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Tomson at Special Term. Hopkins, J. P., Latham, Damiani and Suozzi, JJ., concur.

■ SUNSHINE CHEMICAL CORPORATION, Appellant, v DYNA-COOL AIR CONDITIONING & HEATING CO., INC., Respondent.—Order of the Supreme Court, Nassau County, dated May 5, 1977, affirmed, with $50 costs and disbursements. Plaintiff is directed to serve its bill of particulars in response to defendant's demand therefor within 20 days after service upon it of a copy of the order to be entered hereon, together with notice of entry thereof. No opinion. Damiani, J. P., Titone, Rabin and Gulotta, JJ., concur.

■ MURRAY S. YARMUTH, Respondent, v GLORIA P. YARMUTH, Appellant.—In a divorce action, the defendant wife appeals from an order of the Supreme Court, Nassau County, dated October 31, 1977, which denied her motion, *inter alia,* for temporary alimony and counsel fees. Order modified by deleting therefrom the words *"in toto",* and substituting therefor, immediately after the word "denied", the following: "except that the issue of counsel fees is referred to the trial court." As so modified, order affirmed, without costs or disbursements. Under the circumstances of this case, the issue of counsel fees should have been reserved for the trial court. Hopkins, J. P., Latham, Damiani and Suozzi, JJ., concur.